Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00963-CV
No. 05-12-00965-CV
No. 05-12-00966-CV
No. 05-12-00967-CV

**CITY OF DALLAS, Appellant**

**V.**

**ANTHONY ARREDONDO, ET AL., Appellees**

## ORDER

The Court **GRANTS** appellant's August 30, 2012 unopposed motion for extension of time to file its brief. Appellant shall file its brief no later than October 2, 2012.

ELIZABETH LANG-MIERS
JUSTICE